IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA GAINES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, LLC, AMAZON LOGISTICS, INC., and ON THE GO EXPRESS, LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00528 |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 2, 2019, Plaintiff served a true and correct copy of PLAINTIFF'S INITIAL DISCLOSURES by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 3rd day of October, 2019.

/s/ Blake Andrews
Blake Andrews
**Blake Andrews Law Firm, LLC**

Ga. Bar No. 019375
1831 Timothy Drive
Atlanta, Georgia 30329
Tel.: 770-828-6225
Fax: 866-828-6882
Blake@BlakeAndrewsLaw.com

Sarah R. Schalman-Bergen, *pro hac vice*
Camille Fundora Rodriguez, *pro hac vice*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel.: (215) 875-3000
Fax: (215) 875-4620
sschalman-bergen@bm.net
crodriguez@bm.net

Ryan Allen Hancock, *pro hac vice forthcoming*
**WILLIG, WILLIAMS & DAVIDSON**
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

*Attorneys for the Plaintiff and the*
*Proposed FLSA Collective*
