IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA GAINES, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, LLC,<br>AMAZON LOGISTICS, INC., and<br>ON THE GO EXPRESS, LLC,<br><br>　　　　Defendants. | Case No. 1:19-CV-00528-WMR |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Pursuant to the Court's January 23, 2020 Order (dkt. 51), Plaintiff Felicia Gaines, on behalf of herself and others similarly situated, Defendants Amazon.com, LLC and Amazon Logistics, Inc. (collectively, "Amazon"), and Defendant On the Go Express, LLC ("On the Go") (together, the "Parties") hereby jointly report the following:

　　1.　　Following a full-day mediation on March 13, 2020, conducted by United States Magistrate Judge Walter E. Johnson, the Parties have reached a settlement in principle and executed a Memorandum of Understanding that memorializes the material terms of the settlement.

1

2. The Parties are in the process of preparing a detailed settlement agreement, which, pursuant to the Fair Labor Standards Act, will be submitted to the Court for approval. Plaintiff anticipates filing a Motion for Approval of Settlement within thirty (30) days of the date of this notice.

3. Pending the settlement of this matter, the Parties respectfully request that all deadlines in the Court's Scheduling Order (dkt. 52) be stayed.

Respectfully submitted, this 17th day of March, 2020.

| **FELICIA GAINES** | **ON THE GO EXPRESS, LLC** |
|---|---|
| By: */s/ Sarah R. Schalman-Bergen*<br>    One of Her Attorneys | By: */s/ Michael A. Caplan*<br>    One of Its Attorneys |
| Blake Andrews<br>1831 Timothy Drive<br>Atlanta, Georgia 30329<br>Tel: 770.828.6225<br>Fax: 866.828.6882<br>Blake@BlakeAndrewsLaw.com | Michael A. Caplan<br>Georgia Bar No. 601039<br>Ashley C. Brown<br>Georgia Bar No. 287373 |
| Sarah R. Schalman-Bergen<br>Camille Fundora Rodriguez<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215.875.3000<br>Fax: 215.875.4620<br>Sschalman-bergen@bm.net<br>crodriguez@bm.net | **CAPLAN COBB LLP**<br>75 Fourteenth Street, NE, Suite 2750<br>Atlanta, Georgia 30309<br>Tel:  (404) 596-5600<br>Fax:  (404) 596-5604<br>mcaplan@caplancobb.com<br>abrown@caplancobb.com<br><br>*Attorneys for On the Go Express, LLC* |
| Ryan Allen Hancock<br>**WILLIG, WILLIAMS &** | |

| | |
|---|---|
| **DAVIDSON**<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>Tel: 215.656.3600<br>Fax: 215.567-2310<br>rhancock@wwdlaw.com<br><br>*Attorneys for Plaintiff and the Proposed FLSA Collective* | **AMAZON.COM, LLC AND AMAZON LOGISTICS, INC.**<br><br>By:  */s/ Stephanie L. Sweitzer*<br>      One of Its Attorneys<br><br>Jamala S. McFadden<br>The Employment Law Solution<br>MCFADDEN DAVIS, LLC<br>3100 Cumberland Blvd., SE \| Ste. 1480 \|<br>Atlanta, GA 30339<br>Direct: 678.424.1381 \| Fax: 404.891.6840<br>jmcfadden@theemploymentlawsolution.com<br><br>James P. Walsh<br>*Admitted Pro Hac Vice*<br>Stephanie Sweitzer<br>*Admitted Pro Hac Vice*<br>Richard G. Rosenblatt<br>*Admitted Pro Hac Vice*<br>Meredith E. Riccio<br>*Admitted Pro Hac Vice*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL  60601<br>Tel: 312.324.1000<br>Fax: 312.324.1001<br>James.Walsh@morganlewis.com<br>Stephanie.Sweitzer@morganlewis.com<br>Richard.Rosenblatt@morganlewis.com<br>Meredith.Riccio@morganlewis.com<br><br>*Attorneys for Defendants Amazon.com, LLC and Amazon Logistics, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. This 17th day of March, 2020.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Attorney for Defendant*
*On the Go Express, LLC*
