# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-00528-WMR
## Gaines v. Amazon.com, LLC et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Chambers on 03/13/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:30 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Rome

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held on 3/13/2020. Case settled. |
| HEARING STATUS: | Hearing Concluded |