IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FELICIA GAINES, on behalf of herself and others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMAZON.COM, LLC AMAZON LOGISTICS, INC., and ON THE GO EXPRESS, LLC,**<br><br>**Defendants.** | **Case No. 1:19-cv-00528-WMR** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND ATTORNEYS' FEES AND COSTS**

AND NOW, this 22nd day of June, 2020, upon consideration of Plaintiff's Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs and ORDERS as follows:

1. The Court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. For settlement purposes, the Court finally certifies the following as a collective pursuant to 29 U.S.C. § 216(b):

    Plaintiff, Opt-In Plaintiffs, and all current and former Delivery Associates who were paid by Defendant on the Go to deliver packages

to customers of Amazon.com in the United States between June 17, 2018 and January 26, 2019.

3. The Court approves a Service Award of $7,500 to Named Plaintiff Felicia Gaines for her efforts in bringing and prosecuting this matter and for her broader release of claims in favor of Defendants;

4. Berger Montague PC and Willig, Williams & Davidson are approved as Plaintiff's Counsel for the Settlement Collective;

5. The Court approves Plaintiff's Counsel's attorneys' fees in the amount of $83,333.33, and reimbursement of Plaintiff's Counsel's out-of-pocket costs in the amount of $6,323.

6. The Court approves the CPT Group as Settlement Administrator;

7. The Court approves Atlanta Legal Aid Society as the *cy pres* recipient of any funds that remain in the Reserve Fund.

8. The Court approves the payment plan to Settlement Collective Members and the Notice of Collective Settlement, attached as Exhibit A to the Settlement Agreement, and authorizes dissemination of the Notice to members of the Settlement Collective.

9. This Litigation, which was brought pursuant to 29 U.S.C. § 216(b), is hereby dismissed with prejudice against Defendants in accordance with the terms of the Settlement Agreement. Settlement Collective Members who choose to cash or

deposit their settlement checks are hereby enjoined from prosecuting any Released Claims against Defendants and the Releasees.

10. The Court hereby enters final judgment in this case and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and terminate the file. The Court retains jurisdiction over the action only to the extent necessary to oversee and enforce the terms of the settlement.

Dated: June 22, 2020

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE